DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   RICHARD C and SONDRA L MUNOZ<br>   27060 ORIOLE DR<br>   WILLITS, CA 95490<br><br>   ###-##-5659  ###-##-2826<br>                 Debtor(s). | Case No.: 10-1-4662AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date: 01/11/2011
Time: 2:00 PM
Place: Office of the United States Trustee
777 Sonoma Ave., First Floor, #116
Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date: 02/09/2011
Time: 1:30 PM
Place: United States Bankruptcy Court
99 South E Street
Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Paragraphs 3and 4 A) of the plan provide for fixed monthly payments totaling $550.00, while the proposed plan payment is $611.00. The Trustee is unable to administer these fixed payments and requests that debtors' counsel amend the plan.  Possible resolution:  Amend the plan and reduce attorney's fixed payment to $33.00.

2. Paragraph 4 C) of the plan lists mortgage payments totaling $2,907.16, while Schedule J reflects $2,007.16.  The Trustee requests that debtors' counsel amend the appropriate schedules so they are accurate and consistent.

3. The Trustee requests that Mr.Munoz provide the payment advice received on or around November 25, 2010, or, in the alternative, a filed debtor's declaration that details why this advice cannot be provided.

4. The Trustee requests that Mrs.Munoz provide the payment advice received on or around November 20, 2010, or, in the alternative, a filed debtor's declaration that details why this advice cannot be provided.

5. The Trustee requests a *signed* copy of the 2009 federal tax return, to be received no later than seven days prior to the first scheduled 341 Meeting of Creditors.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: December 21, 2010                    DAVID BURCHARD
                                            DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RICHARD C and SONDRA L MUNOZ
27060 ORIOLE DR
WILLITS, CA 95490

DANIEL B. BECK                              United States Trustee
BECK LAW, P.C.                              235 Pine Street, Suite 700
2681 CLEVELAND AVE.                         San Francisco, CA   94104
SANTA ROSA, CA 95403

Dated: December 21, 2010                    WENDY KARNES
                                            WENDY KARNES