# U.S. Bankruptcy Court

## Northern District of California

Notice of Electronic Claims Filing

The following transaction was received from Giles, Philip on 1/5/2011 at 12:26 PM PST

| | |
|---|---|
| **Case Name:** | Richard C Munoz and Sondra L Munoz |
| **Case Number:** | 10-14662 |
| **Creditor Name:** | Wells Fargo Home Mortgage c/o Pite Duncan, LLP 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177-0933 |
| **Claim Number:** | 3    Claims Register |
| **Total Amount Claimed:** | $163981.19 |

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\sxyuen\Desktop\Munoz - POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=1/5/2011] [FileNumber=16861678-0
] [adc9c3867bb9ebdc5210e1e8acc8fb4b69f0f4ddde185aa476b3771d37b0313aea1
feed75f99bf080945fdab69b976b61e2190532dd357ad4edca73f377def37]]

File another claim

| UNITED STATES BANKRUPTCY COURT | Northern District of California | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Richard C Munoz  and Sondra L. Munoz | Case Number:<br>10-14662-AJ |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case.  A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A, successor by merger to Wells Fargo Home Mortgage, Inc. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

| Name and address where notices should be sent:<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200; P.O. Box 17933<br>San Diego, CA 92177-0933<br><br>Telephone number: (858) 750-7600 | **Court Claim Number:** _____<br>_____(If known)_____<br><br>Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above):<br>Wells Fargo Home Mortgage<br>Attn: Bankruptcy Department One Home Campus - MAC ID #X2302-04C Des Moines, IA 50328<br><br>Telephone number: (800) 274-7025 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

**1. Amount of Claim as of Date Case Filed:** $_____163,981.19_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim.  Attach itemized statement of interest or charges.

**2. Basis for Claim:** ___MONEY LOANED___
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ******7364

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** 27060 Oriole Drive, Willits, California 95490

**Value of Property:** $_____ **Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $____4,169.17____ **Basis for perfection:** _____

**Amount of Secured Claim:** $____163,981.19____ **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements.  You may also attach a summary.  Attach redacted copies of documents providing evidence of a security interest.  You may also attach a summary.  *(See Instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 01/05/11 | **Signature:** The person filing this claim must sign it.  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above.  Attach copy of power of attorney, if any.<br><br>/s/ Philip Giles SBN (272582) | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

EXHIBIT C

**Steven W. Pite** *CA/NV/WA*
**David E. McAllister** *AZ/CA/HI/OR/UT/WA*
**Eddie R. Jimenez** *CA/NV/TX*
**Casper J. Rankin** *CA/OR*
**Brian A. Paino** *AZ/CA/TX/VA*
**Christopher McDermott** *CA*

**Josephine E. Salmon** *AK/AZ/CA/NY*
**Susan L. Petit** *AK/CA/WA*
**Melodie A. Whitson** *CA/WA*
**Ellen Cha** *CA/MN*
**Erin L. Laney** *CA*
**John B. Acierno** *CA*

**Joseph C. Delmotte** *CA*
**Gabriel Ozel** *CA/NY/TX*
**Balpreet K. Thiara** *CA*
**Stefanie A. Schiff** *CA*
**Hieu T. Pham** *CA*
**Eric J. Testan** *CA*
**Rachael Whalen** *NY*

**Parada Kovadi** *CA*
**Philip Giles** *CA*
**Catherine T. Vinh** *CA*
**Kyle J. Shelton** *AZ*
**Ace C. Van Patten** *ID/NV*
**Tracy D. Fink** *TX*
**Jesse Baker** *OR/WA*

**Matthew McArthur** *NV*
**Shannon L. Kingston** *WA*
**Chad L. Butler** *CA*
**Alexis M. Bornhoft** *CA/NV*
**Rachel A. DaPena** *AZ/CA*
**Gilbert R. Yabes** *CA*
**Matthew R. Clark, III** *CA*
**Arnold L. Graff** *CA/WI*

## PROOF OF CLAIM BREAKDOWN SHEET

### IN RE: **MUNOZ, RICHARD C. AND SONDRA L.**
### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

### CASE NO. 10-14662-AJ
### CREDITOR: WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A, SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.[1]

Payments

| | |
|---|---|
| 10/10 – 12/10 @ $1,247.09 x 3 | $3,741.27 |
| Escrow Shortage | $127.90 |
| Post-Petition Bankruptcy Attorneys' Fees and Costs[2] | $300.00 |
| Total Arrears | $4,169.17 |
| **Outstanding Balance as of December 30, 2010** | **$163,981.19** |

---

[1] This Proof of Claim shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in this proceeding. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

[2] Please be on notice that these fees include the post-petition preparation and filing of this Proof of Claim; obtaining and reviewing the Chapter 13 Plan; and the preparation, filing and service of a Request for Courtesy Notice to monitor this bankruptcy. These post-petition fees are included in the Proof of Claim so that the subject loan is current upon completion of the Plan. If the Debtor(s) object to these fees being included in the Proof of Claim, please contact Steven Pite at (800) 500-8757 in order to have these fees and costs removed from the Proof of Claim.