Douglas Pharr #158078
Law Office of Douglas Pharr
1700 Second Street, Suite 333
Napa, CA 94559
(707) 258-2654
(707) 258-2820 fax
dpharr@napavalleylawoffice.com

Attorney for Movant/Secured Creditor:
REDWOOD CREDIT UNION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>RICHARD MUNOZ,<br>SONDRA MUNOZ,<br><br>Debtor(s). | Chapter 13<br>Case No.: 10-14662<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

Movant, REDWOOD CREDIT UNION ("Movant"), has filed a Motion for Relief from the Automatic Stay regarding the following property:

27060 Oriole Drive, Willits, California, 95490. APN 097-212-12 ("the Property")

This matter was heard, after due and adequate notice, on 2/13/2014. There was no opposition with appearances as noted on the record.

The Court has read and considered Debtor's motion and the documents and records on file and finds that good cause exists to grant the motion.

IT IS ORDERED

1. That the automatic stay of 11 U.S.C. § 362, along with any and all other stays which might be in effect, are hereby terminated so as to allow Movant to enforce its rights in the Property under Movant's Note and Deed of Trust.

2. That Movant has leave to foreclose and repossess the Property and to enforce the security interest under the Note, including any and all post repossession sale remedies, necessary to obtain possession of the Property.

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. That the 7-day waiting period provided by California Civil Code § 2924g(d) be waived, if applicable.

5. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

6. That Movant be permitted to offer and provide the Debtor(s) with information, via telephone and written correspondence, regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement or other Loan Workout / Loss Mitigation Agreement and to enter into such agreement with Debtor(s).

7. That post-petition attorney's fees and costs for the Motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law.

Dated: February 21, 2014

_____
Alan Jaroslovsky
Chief Bankruptcy Judge

2