1  Bryan S. Fairman (SBN 261087)
   bfairman@piteduncan.com
2  Joseph C. Delmotte (SBN 259460)
   jcdelmotte@piteduncan.com
3  **PITE DUNCAN, LLP**
   4375 Jutland Drive, Suite 200
4  P.O. Box 17933
   San Diego, CA 92177-0933
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
   Attorneys for
7  Wells Fargo Bank, N.A.

8

9

10
                **UNITED STATES BANKRUPTCY COURT**
11
        **NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION**
12
                                         | Case No. 10-14662-AJ
13  In re
                                         | Chapter 13
14  RICHARD C MUNOZ AND SONDRA L.
    MUNOZ,                               | R.S. No. BSF - 281
15
            Debtors.                     | **MOTION FOR RELIEF FROM**
16                                       | **AUTOMATIC STAY**
17
18                                       | **Hearing**:
19                                       | Date: September 18, 2014
                                         | Time: 9:00 am
20
21
22

23      Wells Fargo Bank, N.A. ("Movant or Creditor")[1] will and hereby does move, pursuant to

24  11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order

25  terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property

26  located at 27060 Oriole Drive, Willits, California 95490 ("Property").

27      Debtors executed a promissory note secured by a mortgage or deed of trust. The

28  promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly

Case: 10-14662    Doc# 34    Filed: 08/29/14    Entered: 08/29/14 13:51:01    Page 1 of 2

or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: August 29, 2014

/s/ _Bryan S. Fairman_
BRYAN S. FAIRMAN
Attorneys for Movant  Wells Fargo Bank, N.A.