Certificate Number: 12433-CAN-DE-026878515

Bankruptcy Case Number: 10-14662


12433-CAN-DE-026878515

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2016, at 1:01 o'clock PM PST, Richard C. Munoz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: January 31, 2016      By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher

Certificate Number: 12433-CAN-DE-026878516

Bankruptcy Case Number: 10-14662



12433-CAN-DE-026878516

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2016, at 1:01 o'clock PM PST, Sondra L. Munoz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: January 31, 2016

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher